**No. 66572.**—The American Import Co. *v.* United States, protest 61/17800 (Los Angeles).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of glass articles similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.